### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

H.R. *et al.*,

        *Plaintiffs*,

    v.

DISTRICT OF COLUMBIA,

        *Defendant*.

Civil Action No. 21-1856 (TJK/RMM)

## ORDER

On April 29, 2022, Magistrate Judge Robin M. Meriweather entered a Report and Recommendation ("R&R") regarding Plaintiff's preliminary injunction motion. ECF No. 8. To date, no objections to the R&R have been filed, and the time to file such an objection has lapsed. Local Civil Rule 72.3(b); *see also* ECF No. 8 at 16 (noting that "any party who objects to the [R&R] . . . must file a written objection thereto within 14 days"). Thus, any objections are deemed waived. *See, e.g.*, *Thomas v. Arn*, 474 U.S. 140, 149–55 (1985).

The Court, upon independent consideration of the R&R, the lack of any objection, the entire record, and the applicable law, agrees with the recommendations made in the R&R. Accordingly, it is hereby

**ORDERED** that the R&R, ECF No. 8, is **ADOPTED** in its entirety; it is further

**ORDERED** that Plaintiff's Motion for Preliminary Injunction, ECF No. 4, is **GRANTED**.

**SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: June 10, 2022