# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| H.R. et al.,<br><br>  *Plaintiffs*,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>  *Defendant*. | Civil Action No. 21-1856 (TJK) |

## ORDER

For the reasons set forth in the Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. Judge Meriweather's Report and Recommendation, ECF No. 33, is **ADOPTED IN FULL**;

2. Plaintiffs' Objections to the Report and Recommendation, ECF No. 35, are **OVERRULED**;

3. Defendant's Cross-Motion for Summary Judgment, ECF No. 26, is **GRANTED**;

4. Judgment is hereby **ENTERED** for the Defendant; and

5. Plaintiffs' Motion for Summary Judgment, ECF No. 21, is **DENIED**.

This is a final, appealable order. The Clerk of Court is directed to close the case.

**SO ORDERED**.

                /s/ Timothy J. Kelly
                TIMOTHY J. KELLY
                United States District Judge

Date: July 30, 2024